# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No.: 10-01017 BKT |
| **WILFREDO GUITIERREZ GOMEZ** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide surrender of Christmas Bonus in order to increase the base.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 6th day of April of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                           Case No. 10-01017 B

GUTIERREZ GOMEZ, WILFREDO                    Chapter 13
                             Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 4/06/2010
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 2 = $ 800.00
$ 450.00 x 58 = $ 26,100.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                         TOTAL: $ 26,900.00

Additional Payments:
$ 2,000.00 to be paid as a LUMP SUM within ~~60 months~~ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☑ Other:
CHISTMAS BONUS ($500 X 4 YRS= $2000)

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

      PROPOSED BASE: $ 28,900.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,624.00

Signed: /s/ WILFREDO GUTIERREZ GOMEZ
           Debtor

_____
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
ATTORNEY FEES TO BE PAID FIRST.

DEBTOR WILL ASSUME RESIDENTIAL LEASE WITH MR. JOSE SANTIAGO.

Attorney for Debtor Jose Prieto                 Phone: (787) 607-2066

IN RE GUTIERREZ GOMEZ, WILFREDO                                    Case No. 10-01017 B
                            Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

|                                      | Cr            | #  | $ |
|--------------------------------------|---------------|----|---|
| **Executory Contracts - Assumed:**   | JOSE SANTIAGO |    |   |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          GE MONEY BANK (JCPENNEY CREDIT SERVICES)   US Bankruptcy Court District of P.R.
0104-3                                   C/O RECOVERY MANAGEMENT SYSTEMS CORP       U.S. Post Office and Courthouse Building
Case 10-01017-BKT13                      25 SE 2ND AVE, SUITE 1120                  300 Recinto Sur Street, Room 109
District of Puerto Rico                  MIAMI, FL 33131-1605                       San Juan, PR 00901-1964
Old San Juan
Tue Apr  6 12:14:47 AST 2010

  CitiFinancial Inc                      ADM SISTEMA RETIRO                         AEELA
P.O. Box 70919                           P O BOX 42003                              P O BOX 364508
Charlotte, NC 28272-0919                 SAN JUAN, PR 00940-2203                    SAN JUAN, PR 00936-4508


CITI BANK                                CITIFINANCIAL                              CMPR,INC
P O BOX 364106                           P O BOX 71587                              726 EXCHANGE STREET SUITE 700
SAN JUAN, PR 00936-4106                  SAN JUAN, PR 00936-8687                    BUFFALO, NY 14210-1464


FIRST BANK OF PR                         ISLAND FINANCE                             JEWELERS
P O BOX 19327                            P O BOX 715404                             P O BOX 20432
SAN JUAN, PR 00910-1327                  SAN JUAN, PR  00936                        KANSAS CITY, MO 64195-0432


JOSE SANTIAGO                            MONEY EXPRESS                              PR ACQUISITIONS LLC
PC 21 CARR 831 2ND SECCION               BANKRUPTCY DIVISION                        250 MUNOZ RIVERA AVENUE SUITE 1200
LOMAS VERDES                             PO BOX 9146                                HATO REY PR 00918-1814
BAYAMON, PR  00956                       SAN JUAN PR 00908-0146


PRESTAMAS                                Recovery Management Systems Corporation    Recovery Management Systems Corporation
P O BOX 11890                            For Capital Recovery II LLC                For Capital Recovery II LLC
SAN JUAN, PR 00922-1890                  As Assignee of JC Penney Consumer Puerto   As Assignee of Sam's Club
                                         25 SE 2nd Avenue Suite 1120                25 SE 2nd Avenue Suite 1120
                                         Miami FL 33131-1605                        Miami FL 33131-1605

WESTERN BANK                             ALEJANDRO OLIVERAS RIVERA                  JOSE M PRIETO CARBALLO
P O BOX 1180                             ALEJANDRO OLIVERAS, CHAPTER 13 TRUS        JPC LAW OFFICE
MAYAGUEZ, PR 00681-1180                  PO BOX 9024062                             PO BOX 363565
                                         SAN JUAN, PR 00902-4062                    SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS                  WILFREDO GUTIERREZ GOMEZ                   End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           PMB 182 UU1                                Mailable recipients    22
OCHOA BUILDING                           SANTA JUANITA                              Bypassed recipients     0
500 TANCA STREET  SUITE 301              BAYAMON, PR 00956                          Total                  22
SAN JUAN, PR 00901-1938
```